JOHN D. PAULUS ET AL. *v.* ANDREW
LASALA, JR., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 56 Conn. App. 139 (AC 18162), is denied.

*James R. Fogarty* and *Carolyn Alexander Collins*, in support of the petition.

*Alan R. Spirer*, in opposition.

Decided February 10, 2000

RITA PATERNOSTRO *v.* ARBORIO
CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 215 (AC 18851), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Ross T. Lessack*, in support of the petition.

*Nancy S. Rosenbaum*, in opposition.

Decided February 10, 2000